UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RICHARD BORDEAU AND TRAVIS DOXSEE AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

V&J EMPLOYMENT SERVICES, INC.,

    Defendants.

ECF CASE

No.: 1:17-cv-1888 (BKS)(CFH)

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Plaintiffs not asserting any Fair Labor Standards Act claims against V&J Employment Services, Inc., Plaintiffs and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing their own fees and costs.

Dated: January 7, 2019 ~~December 2018~~
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: December 26 2018
Milwaukee, Wisconsin

_____
Michael H. Schaalman
HALLING & CAYO, S.C.
320 E. Buffalo Street, Suite 700
Milwaukee, WI 5302
Tel: 414.271.3400
Fax: 414.271.3841
mhs@hallingcayo.com
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
Brenda K. Sannes
U.S. District Judge

Dated: January 11, 2019
Syracuse, NY